IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

RHONDA W. WILCOX,

Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.

Civil No. 03:09-CV-6349-HU

ORDER

ROBERT BARON
KATHRYN TASSINARI
Harder, Wells, Baron & Manning, P.C.
474 Willamette, Suite 200
Eugene, OR 97401
(541) 686-1969

DWIGHT C. HOLTON
United States Attorney
ADRIAN L. BROWN
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
(503) 727-1003

THOMAS M. ELSBERRY
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/901
Seattle, WA 98104-7075
(206) 615-2112

Attorneys for Defendant

MARSH, Judge.

Magistrate Judge Hubel issued a Findings and Recommendation on June 27, 2011, recommending that the Commissioner's October 7, 2009, final decision denying plaintiff's April 27, 2004, application for disability insurance benefits pursuant to Title II of the Social Security Act, 42 U.S.C. § 1381 *et seq,* be reversed, and that this case be remanded to the Commissioner for the immediate payment of benefits. Defendant has filed timely objections (doc. 24). Accordingly, the matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). The court reviews *de novo* those portions of the Magistrate's Findings and Recommendation to which the Commissioner has objected. See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

After *de novo* review, I find no error by the magistrate judge in his painstaking analysis of the record, particularly relating to plaintiff's credibility, the disability opinion of

treating physician, K. Annette Weller, M.D., and the lay witness evidence presented by plaintiff's husband.

Accordingly, I **ADOPT** the Findings and Recommendation (#16) of Magistrate Judge Hubel and remand this matter for the immediate payment of benefits.

IT IS SO ORDERED.

DATED this 21 day of September, 2011.

/s/ Malcolm F. Marsh
Malcolm F. Marsh
United States District Judge