Kathryn Tassinari
Robert Baron
kathrynt50@comcast.net
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, Suite 200
Eugene, OR 97401
(541) 686-1969
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RHODA W. WILCOX, | Case No. 09-6349-HU |
| Plaintiff, | |
| vs. | ORDER APPROVING PLAINTIFF'S MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

After considering Plaintiff's Motion for Attorney Fees, and counsel for Defendant having no objection, Order is hereby granted in the sum of $12,999 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b). Commissioner shall deduct from $12,999 an

ORDER APPROVING MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C.§406(b)
- 1

administrative assessment under 42 USC §406(d) and pay Plaintiff's counsel the balance. In addition, Plaintiff's counsel will refund to Plaintiff the EAJA fee of $5,234.69.

IT IS SO ORDERED this __9__ day of January, 2012.

*/s/ Malcolm F. Marsh*
U.S. District Judge

PRESENTED BY:

s/ Kathryn Tassinari
Of Attorneys for Plaintiff

ORDER APPROVING MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C.§406(b)
- 2